FILED
DECEMBER 4, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Exhibit A

Int. Cl.: **11**

Prior U.S. Cl.: **21**

**Reg. No. 1,488,309**

## United States Patent and Trademark Office  Registered May 17, 1988

## TRADEMARK
### PRINCIPAL REGISTER

### BAJA

BLAZER INTERNATIONAL CORP. (ILLINOIS CORPORATION)
2960 HART DRIVE
FRANKLIN PARK, IL 601311193

FOR: AUTOMOTIVE HEADLAMPS, IN CLASS 11 (U.S. CL. 21).

FIRST USE 8-27-1987; IN COMMERCE 8-27-1987.

SER. NO. 684,752, FILED 9-17-1987.

ABRAM I. SACHS, EXAMINING ATTORNEY