**07 C 6825**

**JUDGE HIBBLER**
**MAGISTRATE JUDGE VALDEZ**

# Exhibit B

Int. Cl.: 11

Prior U.S. Cl.: 21

Reg. No. 1,488,304

## United States Patent and Trademark Office

Registered May 17, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## BAJA TOUGH

BLAZER INTERNATIONAL CORP. (ILLINOIS CORPORATION)
2960 HART DRIVE
FRANKLIN PARK, IL 601311193

FOR: AUTOMOTIVE HEADLAMPS, IN CLASS 11 (U.S. CL. 21).

FIRST USE 8–27–1987; IN COMMERCE 8–27–1987.

SER. NO. 683,599, FILED 9–11–1987.

ABRAM I. SACHS, EXAMINING ATTORNEY