# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED DECEMBER 4, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**07 C 6825**
**JUDGE HIBBLER**
**MAGISTRATE JUDGE VALDEZ**

**(a) PLAINTIFFS**
TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company.

**DEFENDANTS**
PILOT AUTOMOTIVE, INC., a California Corporation a/k/a WANG'S INTERNATIONAL, INC., a California Corporation.

**(b) County of Residence of First Listed Plaintiff** Lake County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Los Angeles County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Lawrence J. Crain   GREER, BURNS & CRAIN, LTD.
Anuj K. Wadhwa      300 S. Wacker Drive, Suite 2500
(312) 360-0080      Chicago, IL 60606-6771

**Attorneys (If Known)**
James C. Weseman   The Law Offices of James C. Weseman APLC
(619) 531-0950     401 West A Street, Suite 1600
                   San Diego, California 92101-7906

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 840 Trademark

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
15 U.S.C. 1114 & 1125 for trademark infringement, unfair competition, false description & injury to business reputation.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☐ Yes ☐ No

## IX. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD
s/ Lawrence J. Crain