**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 4, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

TIGER ACCESSORY GROUP, L.L.C.,
                              Plaintiff,
           v.
PILOT AUTOMOTIVE, INC. a/k/a WANG'S
INTERNATIONAL, INC.,       Defendant.

**07 C 6825**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIGER ACCESSORY GROUP, L.L.C.
625 Barclay Blvd.
Lincolnshire, IL 60069

**JUDGE HIBBLER**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) LAWRENCE J. CRAIN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lawrence J. Crain | |
| FIRM GREER, BURNS & CRAIN, LTD. | |
| STREET ADDRESS 300 S. WACKER DR., SUITE 2500 | |
| CITY/STATE/ZIP CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6185248 | TELEPHONE NUMBER (312) 360-0080 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |