**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 4, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., Plaintiff, v. PILOT AUTOMOTIVE, INC. Defendant. | **07 C 6825** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIGER ACCESSORY GROUP, L.L.C.
625 Barclay Blvd.
Lincolnshire, IL 60069

**JUDGE HIBBLER**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) | |
| ANUJ K. WADHWA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Anuj K. Wadhwa | |
| FIRM | |
| GREER, BURNS & CRAIN, LTD. | |
| STREET ADDRESS | |
| 300 S. WACKER DR., SUITE 2500 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6278650 | (312) 360-0080 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐