UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> PILOT AUTOMOTIVE, INC., a California Corporation, a/k/a WANG'S INTERNATIONAL, INC., a California Corporation, <br><br> Defendant. | Civil Action No. <br><br> **JURY TRIAL DEMANDED** |

## LOCAL RULE 3.2 NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff, Tiger Accessory Group, L.L.C., submits the following statement:

Tiger Accessory Group, L.L.C. is majority owned by MAT Holdings, Inc., an Illinois Corporation, and no publicly held company owns 10% or more of the party's stock.

Dated:  December 4, 2007            GREER, BURNS & CRAIN, LTD.


                                    By:   *s/ Lawrence J. Crain*
                                          Lawrence J. Crain
                                          Anuj K. Wadhwa

ATTORNEYS FOR PLAINTIFF
TIGER ACCESSORY GROUP, L.L.C.

GREER, BURNS & CRAIN, LTD.
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
Anuj K. Wadhwa (ARDC No. 6278650, awadhwa@gbclaw.net)
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315