UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PILOT AUTOMOTIVE, INC., a California Corporation, a/k/a WANG'S INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Civil Action No. 07 C 6825<br><br>Judge Hibbler<br><br>Magistrate Judge Valdez<br><br>**JURY TRIAL DEMANDED** |

**LOCAL RULE 3.2 NOTICE AS TO AFFILIATES**
**DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, Plaintiff, Tiger Accessory Group, L.L.C., submits the following statement:

Tiger Accessory Group, L.L.C. is majority owned by MAT Holdings, Inc., an Illinois Corporation, and no publicly held company owns 10% or more of the party's stock.

Dated: December 14, 2007                          GREER, BURNS & CRAIN, LTD.


                                                  By:   *s/ Lawrence J. Crain*
                                                        Lawrence J. Crain
                                                        Anuj K. Wadhwa

ATTORNEYS FOR PLAINTIFF
TIGER ACCESSORY GROUP, L.L.C.

GREER, BURNS & CRAIN, LTD.
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
Anuj K. Wadhwa (ARDC No. 6278650, awadhwa@gbclaw.net)
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone:  (312) 360-0080
Facsimile:  (312) 360-9315