UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PILOT AUTOMOTIVE, INC., a California Corporation, a/k/a WANG'S INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Civil Action No. 07 C 6825<br><br>Judge Hibbler<br><br>Magistrate Judge Valdez<br><br>**JURY TRIAL DEMANDED** |

## <u>LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING TRADEMARK</u>

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 15 U.S.C. §1116(c).

1.    Name and address of plaintiff:

Tiger Accessory Group, L.L.C.
625 Barclay Blvd.
Lincolnshire, Illinois 60069

2.    Name and addresses of defendants:

Pilot Automotive Inc.
768 South Turnbull Canyon Road
City of Industry, California 91745

Wang's International, Incorporated
768 South Turnbull Canyon Road
City of Industry, California  91745

3.     Trademark Registration Numbers Involved:

- Reg. No. 1,488,309 - "BAJA"
  Registered May 17, 1988
  Serial No. 684,752; filed 9/17/1987

- Reg. No. 1,488,304 - "BAJA TOUGH"
  Registered May 17, 1988
  Serial No. 683,599; filed 9/11/1987

Dated:  December 14, 2007                    GREER, BURNS & CRAIN, LTD.


                                   By:   s/ Lawrence J. Crain
                                         Lawrence J. Crain
                                         Anuj K. Wadhwa

                                         ATTORNEYS FOR PLAINTIFF
                                         TIGER ACCESSORY GROUP, L.L.C.


GREER, BURNS & CRAIN, LTD.
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
Anuj K. Wadhwa (ARDC No. 6278650, awadhwa@gbclaw.net)
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone:  (312) 360-0080
Facsimile:  (312) 360-9315