WAIVER OF THE SERVICE OF SUMMONS
CASE NO. 07-C-6825

TO: Lawrence J. Crain, Esq.
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Ste. 2500
Chicago, Illinois 60606

      I acknowledge receipt of your request that I waive service of a summons in the action of Tiger Accessory Group, L.L.C. v. Pilot Automotive, Inc. a/k/a Wang's International, Inc., which is case number 07-C-6825 in the United States District Court for the Northern District of Illinois. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I, or the entity that I represent, agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I understand that I, or the entity that I represent, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from December 5, 2007, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

December 27, 2007
Date

Signature
James C. Weseman
(Printed/typed name)
401 West A Street, Suite 1600
San Diego, California 92101
(Address)

LawIP@pacbell.net
(E-mail address)

619.531.0950
(Telephone Number)