## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
TIGER ACCESSORY GROUP, L.L.C.

V.

PILOT AUTOMOTIVE, INC. ET AL.

Case Number: 07 C 6825

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANTS PILOT AUTOMOTIVE, INC. AND WANG'S INTERNATIONAL, INC.

| | |
|---|---|
| NAME (Type or print) | |
| Scott A. Sanderson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Scott A. Sanderson | |
| FIRM | |
| Marshall, Gerstein & Borun LLP | |
| STREET ADDRESS | |
| 233 South Wacker Drive, 6300 Sears Tower | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290663 | 312-474-6638 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Donald W. Rupert, on the 8th day of February, 2008, electronically filed the appearances of Donald W. Rupert, Michael R. Graham, Scott A. Sanderson and Grace I. Liu on behalf of Pilot Automotive, Inc. a/k/a Wang's International, Inc. with the United States District Court for the Northern District of Illinois which will also send electronic notification to each of the following:

>Lawrence J. Crain
>lcrain@gbclaw.net
>Anuj K. Wadhwa
>awadjwa@gbclaw.net
>Greer, Burns & Crain, LTd.
>300 South Wacker Drive
>Suite 2500
>Chicago, IL  60606

                                              s/Donald W. Rupert