# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6825 | **DATE** | 2/12/2008 |
| **CASE TITLE** | TIGER ACCESSORY GROUP, LLC vs. PILOT AUTOMOTIVE, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/12/2008 and continued to 4/16/08 at 9:30 AM. Parties are to submit the agreed Protective Order to the Court by 3/7/08. Court adopts the joint discovery plan and scheduling order as modified in open court. Parties to comply with FRCP 26(a)(1) by 3/7/08. Parties given to and including 3/28/08 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 9/19/2008. The party with the burden of proof shall comply with FRCP(26)(a)(2) by 10/17/08. The opposing party shall comply with FRCP(26)(a)(2) by 11/14/08. Expert discovery cut-off set for 12/12/08. Dispositive motions with supporting memoranda due by 1/14/2009. Responses due by 2/4/2009. Replies due by 2/11/2009. Ruling by mail. Plaintiff to file amended complaint by 2/22/08.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | JHC |
|---|---|---|