# Exhibit B

Int. Cl.: 11

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**     Reg. No. 1,488,304
                                                  Registered May 17, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## BAJA TOUGH

BLAZER INTERNATIONAL CORP. (ILLINOIS CORPORATION)
2960 HART DRIVE
FRANKLIN PARK, IL 601311193

  FOR: AUTOMOTIVE HEADLAMPS, IN CLASS 11 (U.S. CL. 21).

FIRST USE 8-27-1987; IN COMMERCE 8-27-1987.

SER. NO. 683,599, FILED 9-11-1987.

ABRAM I. SACHS, EXAMINING ATTORNEY