# Exhibit C



## DUAL STAGE HI-FLOW AIR FILTERS



Perfectly balanced for maximum unrestricted high volume air flow with maximum filtration as low as a single micron



Stainless steel micro mesh filter backed with a Micro Syn layered fiber filtration cloth (two in one)

### FEATURES:

- Washable & Oil Free (Will not void your factory warrantee)
- Perfectly balanced for high volume air flow and filtration protection
- Filtration as small as a single micron
- Will not deform on acceleration keeping maximum surface area

**TOP 10 SKUs that fits over 1,800 Vehicles**

### APPLICATIONS:

| | | | |
|---|---|---|---|
| BC-2101 | 99-06 GM Full Size 4.3L, 4.8L, 5.3L | BC-2202 | 99-03 Ford F-250SD, 7.3L, Diesel |
| BC-2102 | 01-06 GM Full Size 6.0L, 6.6L, 8.1L | BC-2203 | 87-96 Ford F-150, 4.9L, 5.0L, 5.8L |
| BC-2103 | 96-00 GM Full Size 4.3L, 5.0L, 5.7L, 6.5L, 7.4L | BC-2302 | 94-01 Dodge Ram 5.2L, 5.9L |
| BC-2104 | 92-05 GM Mini Truck 2.2L, 4.3L | BC-2303 | 02-06 Dodge Ram 3.7L, 4.7L, 5.7L |
| BC-2201 | 97-03 Ford F-150, 4.2L, 4.6L, 5.4L | BC-2601 | 82-06 Dodge Ram 3.7L, 4.7L, 5.7L |

### Off Road Racing at It's Best

Baja Racing is an all out Off-Road competition, covering hundreds of miles of butt-busting, truck breaking, hostile desert terrain.
**The race team of Dave Ashley and Dan Smith have an astonishing win ratio of 54%, including 17 Baja 1000 wins, to their credit plus the one and only Baja 2000 championship.**

Ashley and Smith have teamed up with Bully Truck Accessories to bring you the toughest, most reliable components and parts for your truck. For the everyday driver or for the all out off-road driver, the Ashley/Smith Signature Series "Baja Champions" parts will provide you with dependability, quality, and performance.



Dave Ashley  Dan Smith



# BAJA CHAMPIONS

## CTLM - CAB TOP LIGHT MOUNT



*Signature Series*

Mounts directly into the 3rd brake light recess securely.

**EASILY MOUNT:**
- Lights
- Antennas
- Speakers
- Utility & Any Exterior Electronics

**APPLICATIONS:**

| | |
|---|---|
| BC-760 | Ford F-150 |
| BC-761 | Ford F-250 |
| BC-762 | Chevy Silverado |
| BC-763 | Dodge Ram |

## HEVY DUTY PERFORMANCE LAMPS



### BC-600
**FEATURES:**
- 2 Dual Filament 9" Round Lights
- Powder Coated Metal Housing
- H-4 Halogen Bulbs



### BC-602
**FEATURES:**
- 2 Dual Filament 6"X9" Lights
- Powder Coated Metal Housing
- H-4 Halogen Bulbs
- & Air Flow Heat Sink

## 6" ROUND OFF ROAD LIGHT BAR SPEAKER



### BC-620
**FEATURES:**
- Weather Resistant Poly Propylene Cone with Poly Urethane Edges
- 1" Mylar Dome Tweeter

**PERFECT FOR:**
Tailgate Parties, Job Sites, Camping, 2-Way Radios, etc.



## CINCH BONE – **RECOVERY STRAP** – STAINLESS STEEL CLEVIS

- Rigs up easily for Double or Single Clevis pulling
- Never cut your strap from knots
- Connects to loop on straps with a Stainless Steel Cable




### BC-902


**CINCH BONE FEATURES:**
- Strong light weight
- Billet Aluminum
- Easy On / Off

### BC-901


**RECOVERY STRAP FEATURES:**
- Over stretched warning red line appears when maximum is reached for safety

### BC-905


**CLEVIS FEATURES:**
- Stainless Steel construction
- For all class III, 2" hitch receivers

## MIRROR POLISHED STAINLESS STEEL **JERRY CANS**

- Screw Vent Valve with Rubber Gasket
- Recessed bottom for easy grip
- 10" x 3/4" Filtered Spout




BC-681
2.5 GAL

BC-680
5 GAL

## H/D OFF ROAD ALUMINUM **FLOOR MATS**

SCREW-ON FLASH LIGHT CLIP
(Flash Light not included)

SCREW-ON FIRE EXTINGUISHER HOLDER
(Fire Extinguisher not included)





FM-119
UNIVERSAL FIT