UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PILOT AUTOMOTIVE, INC., a California Corporation<br><br>　　　　　and<br><br>WANG'S INTERNATIONAL, INC., a California Corporation,<br><br>　　　　　Defendants. | **NOTICE OF FILING**<br><br>Case No. 07 CV 6825<br><br>Judge William J. Hibbler<br>Magistrate Maria Valdez |

TO:　　Donald W. Rupert
　　　　Michael R. Graham
　　　　Scott A. Sanderson
　　　　MARSHALL, GERSTEIN & BORUN LLP
　　　　233 South Wacker Drive
　　　　6300 Sears Tower
　　　　Chicago, IL 60606-6357
　　　　(312) 474-6300
　　　　Fax: (312) 474-0448
　　　　drupert@marshallip.com
　　　　mgraham@marshallip.com
　　　　ssanderson@marshallip.com

Please take notice that on Friday, February 22, 2008, the undersigned electronically filed AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, FALSE DESCRIPTION AND INJURY TO BUSINESS REPUTATION with the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: February 22, 2008                        GREER, BURNS & CRAIN, LTD.


                                                By:   *s/ Lawrence J. Crain*
                                                      Lawrence J. Crain
                                                      Anuj K. Wadhwa

                                                ATTORNEYS FOR PLAINTIFF
                                                TIGER ACCESSORY GROUP, L.L.C.


GREER, BURNS, & CRAIN, LTD.
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
Anuj K. Wadhwa (ARDC No. 6278650, awadhwa@gbclaw.net)
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315