# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, FALSE DESCRIPTION AND INJURY TO BUSINESS REPUTATION was filed via the Case Management/Electronic Case Filing (CM/ECF) System of the U.S. District Court for the Northern District of Illinois pursuant to L.R. 5.9 on the 22nd day of February 2008.

    Donald W. Rupert
    Michael R. Graham
    Scott A. Sanderson
    MARSHALL, GERSTEIN & BORUN LLP
    233 South Wacker Drive
    6300 Sears Tower
    Chicago, IL 60606-6357
    (312) 474-6300
    Fax: (312) 474-0448
    drupert@marshallip.com
    mgraham@marshallip.com
    ssanderson@marshallip.com


                                            *s/ Lawrence J. Crain*