UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company,<br><br>    Plaintiff,<br><br> v.<br><br>PILOT AUTOMOTIVE, INC., a California Corporation<br><br>    and<br><br>WANG'S INTERNATIONAL, INC., a California Corporation,<br><br>    Defendants. | **PLAINTIFF'S REPLY TO DEFENDANTS' COUNTER-CLAIMS**<br><br>Case No. 07 CV 6825<br><br>Judge William J. Hibbler<br>Magistrate Maria Valdez |

  Plaintiff Tiger Accessory Group, L.L.C. (hereinafter "Plaintiff" or "TAG") by its attorneys, hereby replies to the counter-claims of Defendants, Pilot Automotive, Inc. and Wang's International, Inc. (collectively "Defendants" or "Pilot") as follows:

**Counter-Claim Paragraph 1**: These counter-claims are asserted against Plaintiff/Counter-Defendant, Tiger Accessory Group L.L.C. (Plaintiff), and arise under the Trademark Act, 15 U.S.C. §1051 *et seq.*, and, therefore, are asserted through the Declaratory Judgment Act, 28 U.S.C. §§2201 and 2202. As a result of the Complaint filed by Plaintiff against Defendants, there is currently an actual controversy between the parties. This Court has jurisdiction under 28 U.S.C. §§1331 and 1338.

**Answer**   Plaintiff admits the allegations of paragraph 1 of the counter-claims.

**Counter-Claim Paragraph 2**:  Venue properly lies in this judicial district under the provisions of 28 U.S.C. §§1391 [sic].

**Answer**   Plaintiff admits the allegations of paragraph 2 of the counter-claims.

### Count 1 – Declaratory Judgment

**Counter-Claim Paragraph 3**:  There is a justiciable controversy concerning the validity and infringement of U.S. Trademark Registration No. 1,488,309, and any rights claimed in the "Baja" mark identified therein under state and common law as set forth in the Complaint and the Answer to which this counter-claim is appended.

**Answer**   Plaintiff admits the allegations of paragraph 3 of the counter-claims that there is a justiciable controversy concerning U.S. Trademark No. 1,488,309, but denies that Defendants are entitled to any relief based on the allegations set forth in paragraph 3.

**Counter-Claim Paragraph 4**:  Plaintiff has asserted that U.S. Trademark Registration No. 1,488,309 was duly and legally issued, that it has accrued rights in the "Baja" mark identified therein under state and common law and that Defendants [sic] mark when applied to automotive lighting products infringes such rights.

**Answer**   Plaintiff admits the allegations of paragraph 4 of the counter-claims.

**Counter-Claim Paragraph 5**:  Defendants allege, on information and belief, that U.S. Trademark Registration No. 1,488,309 and any rights in the "Baja" mark identified therein allegedly accrued by Plaintiff under federal, state and/or common law are invalid as failing to comply with the provisions of 15 U.S.C. §§1051 *et seq.* and the common law.

**Answer**   Plaintiff denies each and every allegation contained in paragraph 5 of the counter-claims.

**Counter-Claim Paragraph 6**:  Defendants have not infringed nor are they now infringing U.S. Trademark Registration No. 1,488,309 and any rights in the "Baja" mark identified therein allegedly accrued by Plaintiff under federal, state and/or common law.

  **Answer**  Plaintiff denies each and every allegation contained in paragraph 6 of the counter-claims.

**Counter-Claim Paragraph 7**:  On in formation [sic] and belief, U.S. Trademark Registration No. 1,488,309 is unenforceable due to the actions or inactions of Plaintiff and/or its predecessors.

  **Answer**  Plaintiff denies each and every allegation contained in paragraph 7 of the counter-claims.

**Counter-Claim Paragraph 8**:  Therefore, there exists an actual controversy between the parties as to the validity and infringement of U.S. Trademark Registration No. 1,488,309 and any rights in the "Baja" mark identified therein allegedly accrued by Plaintiff under federal, state and/or common law, with respect to which Defendants requests [sic] a declaratory judgment in its [sic] favor.

  **Answer**  Plaintiff admits that there exists an actual controversy as to U.S. Trademark Registration No. 1,488,309, but denies that Defendants are entitled to any relief based on the allegations set forth in paragraph 8.

### Count 2 – Declaratory Judgment

**Counter-Claim Paragraph 9**:  There is a justiciable controversy concerning the validity and infringement of U.S. Trademark Registration No. 1,488,304, and any rights claimed in the "Baja Tough" mark identified therein under state and common law as set forth in the Complaint and the Answer to which this counter-claim is appended.

**Answer**     Plaintiff admits that there exists an actual controversy as to U.S. Trademark Registration No. 1,488,304, but denies that Defendants are entitled to any relief based on the allegations set forth in paragraph 9.

**Counter-Claim Paragraph 10**:  Plaintiff has asserted that U.S. Trademark Registration No. 1,488,304 was duly and legally issued, that it has accrued rights in the "Baja Tough" mark identified therein under state and common law and that Defendants [sic] mark when applied to automotive lighting products infringes such rights.

**Answer**     Plaintiff admits the allegations of paragraph 10 of the counter-claims.

**Counter-Claim Paragraph 11**:  Defendants allege, on information and belief, that U.S. Trademark Registration No. 1,488,304 and any rights in the "Baja Tough" mark identified therein allegedly accrued by Plaintiff under federal, state and/or common law are invalid as failing to comply with the provisions of 15 U.S.C. §§1051 *et seq.* and the common law.

**Answer**     Plaintiff denies each and every allegation contained in paragraph 11 of the counter-claims.

**Counter-Claim Paragraph 12**:  Defendants have not infringed nor are they infringing U.S. Trademark Registration No. 1,488,304 and any rights in the "Baja Tough" mark identified therein allegedly accrued by Plaintiff under federal, state and/or common law.

**Answer**     Plaintiff denies each and every allegation contained in paragraph 12 of the Counter-Claims.

**Counter-Claim Paragraph 13**:  On information and belief, U.S. Trademark Registration No. 1,488,309 [sic] is unenforceable due to the actions or inactions of Plaintiff and/or its predecessors.

**Answer**  Plaintiff denies each and every allegation contained in paragraph 13 of the counter-claims.

**Counter-Claim Paragraph 14**:  Therefore, there exists an actual controversy between the parties as to the validity and infringement of U.S. Trademark Registration No. 1,488,304 and any rights in the mark identified therein allegedly accrued by Plaintiff under federal, state and/or common law, with respect to which Defendants requests [sic] a declaratory judgment in its [sic] favor.

**Answer**  Plaintiff admits that there exists an actual controversy as to U.S. Trademark Registration No. 1,488,304, but denies that Defendants are entitled to any relief based on the allegations set forth in paragraph 14.

WHEREFORE, TAG denies that Defendants are entitled to the relief sought and respectfully requests that this Court adjudge and decree that:

(1) Defendants' counter-claims be dismissed with prejudice;

(2) Judgment be entered in favor of Plaintiff on all Counts; and

(3) Plaintiff be awarded further and additional relief, including costs, and interest where appropriate, as this Court deems just and proper.

Dated:  March 5, 2008                                                GREER, BURNS & CRAIN, LTD.


By:   *s/ Anuj K. Wadhwa*
       Lawrence J. Crain
       Anuj K. Wadhwa

       ATTORNEYS FOR PLAINTIFF
       TIGER ACCESSORY GROUP, L.L.C.


GREER, BURNS, & CRAIN, LTD.
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
Anuj K. Wadhwa (ARDC No. 6278650, awadhwa@gbclaw.net)
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone:  (312) 360-0080
Facsimile:  (312) 360-9315

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing PLAINTIFF'S REPLY TO DEFENDANTS' COUNTER-CLAIMS was filed via the Case Management/Electronic Case Filing (CM/ECF) System of the U.S. District Court for the Northern District of Illinois pursuant to L.R. 5.9 on the 5th day of March 2008.

    Donald W. Rupert
    Michael R. Graham
    Scott A. Sanderson
    Grace Liu
    MARSHALL, GERSTEIN & BORUN LLP
    233 South Wacker Drive
    6300 Sears Tower
    Chicago, IL 60606-6357
    (312) 474-6300
    Fax: (312) 474-0448
    drupert@marshallip.com
    mgraham@marshallip.com
    ssanderson@marshallip.com
    gliu@marshallip.com


                                *s/ Anuj K. Wadhwa*