# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6825 | **DATE** | 4/16/2008 |
| **CASE TITLE** | TIGER ACCESSORY GROUP, LLC vs. PILOT AUTOMOTIVE, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/29/08 at 9:30 a.m. Enter Stipulated Protective Order. The Protective Order governs pre-trial proceedings only. Parties need leave of court prior to filing any documents Under Seal. Parties to file a motion to retrieve any documents filed Under Seal within 60 days after the close of this case. If a party fails to file a motion, any documents under seal will become part of the public record.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|



2008 APR 16 PM 5:31