UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PILOT AUTOMOTIVE, INC., a California Corporation, a/k/a WANG'S INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Civil Action No.07-cv-6825<br><br>Judge William J. Hibbler<br>Magistrate Maria Valdez |

## Motion to Withdraw Anuj Wadhwa as Counsel for Plaintiff

Greer, Burns & Crain, Ltd., law firm of record for Plaintiff, Tiger Accessory Group, L.L.C., pursuant to Local Rule 83.17 of the Northern District of Illinois, hereby moves this court to allow it to withdraw Anuj K. Wadhwa as attorney for plaintiff in the above captioned case and in support of this motion, states as follows:

1. Greer, Burns & Crain, Ltd., through its attorneys Lawrence J. Crain and Kevin W. Guynn represent Tiger Accessory Group, L.L.C. in the present matter.

2. Mr. Wadhwa was formally an employee of Greer, Burns & Crain, Ltd. and represented Tiger Accessory Group, L.L.C. during that time and had filed an appearance in the above captioned case.

- 2 -

3. Mr. Wadhwa has resigned from Greer, Burns & Crain, Ltd. and joined the firm of Rakoczy, Molino, Mazzochi, Siwik, L.L.P. and, therefore, no longer represents Tiger Accessory Group, L.L.C.

Wherefore, Counsel respectfully requests that the Court enter an Order granting the Motion to Withdraw as Counsel and allowing Anuj K. Wadhwa to withdraw as counsel for Tiger Accessory Group, L.L.C.

Dated: May 27, 2008                                             GREER, BURNS & CRAIN, LTD.

By: *s/ Kevin W. Guynn*
Kevin W. Guynn
Lawrence J. Crain

ATTORNEYS FOR PLAINTIFF
TIGER ACCESSORY GROUP, L.L.C.

GREER, BURNS & CRAIN, LTD.
Kevin W. Guynn (ARDC No. 3124379, kguynn@gbclaw.net)
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315