**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHRN DISTRICT OF ILLIONIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois limited Liability Company, | ) ) ) | |
| Plaintiff, | ) | Civil Action No.: 07 C 6825 |
| v. | ) ) | Judge Hibbler |
| PILOT AUTOMOTIVE, INC., a California Corporation and WANG'S INTERNATIONAL, INC., a California Corporation, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**NOTICE OF MOTION**

Please take notice that at 9:30 a.m., Thursday, the 29th day of May 2008, counsel for Plaintiff shall appear before the Honorable William J. Hibbler in the courtroom usually occupied by him and present Plaintiff's Motion to Withdraw Anuj K. Wadhwa as Counsel for Plaintiff. A status hearing is before Judge Hibbler is currently scheduled concurrently.

Date: May 27, 2008        By:    ___s/ Kevin W. Guynn_____
                                                Kevin W. Gyunn (ARDC no. 3124379)
                                                GREER, BURNS & CRAIN, LTD.
                                                300 South Wacker Dr.,Ste. 2500
                                                Chicago, Illinois  60606
                                                Telephone:  (312) 993-0080
                                                Facsimile:   (312) 993-0633
                                                Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing PLAINTIFFS' Motion to Withdraw Anuj K. Wadhwa as Counsel for Plaintiff was served upon the below-listed counsel of record on the 27th day of May 2008 by electronically filing the same with the United States Court for the Northern District of Illinois'ECF system pursuant to and in compliance with General Order on Electronic Case Filing:

        Donald W. Rupert (drupert@marshallip.com)
        Michael R. Graham (mgraham@marshallip.com)
        Scott A. Sanderson (ssanderson@marshallip.com)
        MARSHALL, GERSTEIN & BORUN LLP
        233 South Wacker Dr.
        6300 Sears Tower
        Chicago, Illinois 60606-6357
        (312) 474-0448

        ____s/ Kevin W. Guynn_____