# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6825 | **DATE** | 5/29/2008 |
| **CASE TITLE** | TIGER ACCESSORY GROUP, LLC vs. PILOT AUTOMOTIVE, INC., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/6/08 at 9:30 a.m. Plaintiff's motion to withdraw Anuj K. Wadhwa as counsel for plaintiff is granted.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | |
|---|---|---|