**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| Tiger Accessory Group, L.L.C. v. Pilot Automotive, Inc. and Wang's International, Inc. | 07 C 6825 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants: Pilot Automotive, Inc. and Wang's International, Inc.

| |
|---|
| NAME (Type or print) |
| Margaret L. Begalle |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/*Margaret L. Begalle* |
| FIRM   Marshall Gerstein & Borun, LLP |
| STREET ADDRESS   233 South Wacker Drive, 6300 Sears Tower |
| CITY/STATE/ZIP   Chicago, IL  60606-6357 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   312-474-9566 |
|---|---|
| 6291389 | |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL                                          APPOINTED COUNSEL |

Case 1:07-cv-06825   Document 33   Filed 07/21/2008   Page 2 of 2