UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>PILOT AUTOMOTIVE, INC., a California Corporation <br><br>and <br><br>WANG'S INTERNATIONAL, INC., a California corporation, <br><br>　　　　Defendants. | Case No. 07 C 6825 <br><br>Judge William J. Hibbler <br>Magistrate Maria Valdez |

## MOTION TO WITHDRAW GRACE LIU AS COUNSEL FOR DEFENDANTS

Marshall, Gerstein & Borun, LLP, law firm of record for Defendants, Pilot Automotive, Inc. and Wang's International, Inc., pursuant to Local Rule 83.17 of the Northern District of Illinois, hereby moves this court to allow it to withdraw Grace Liu as attorney for defendant in the above captioned case and in support of this motion, states as follows:

　　1.　　Marshall, Gerstein & Borun, LLP, through its attorneys Donald W. Rupert and Michael R. Graham represent Pilot Automotive, Inc. and Wang's International, Inc. in the present matter.

　　2.　　Ms. Liu was formally an employee of Marshall, Gerstein & Borun, LLP and represented Pilot Automotive, Inc. and Wang's International, Inc. during that time and had filed an appearance in the above captioned case.

3. Ms. Liu has resigned from Marshall, Gerstein & Borun, LLP and, therefore, no longer represents Pilot Automotive, Inc. and Wang's International, Inc.

WHEREFORE, Counsel respectfully requests that the Court enter an Order granting the Motion to Withdraw as Counsel and allowing Grace Liu to withdraw as counsel for Pilot Automotive, Inc. and Wang's International, Inc.

Respectfully submitted,

Dated: August 1, 2008

PILOT AUTOMOTIVE, INC. and WANG'S INTERNATIONAL, INC.

*s/Donald W. Rupert*
Donald W. Rupert
(drupert@marshallip.com)
Michael R. Graham
(mgraham@marshallip.com)
Scott A. Sanderson
(ssanderson@marshallip.com)
Margaret L. Begalle
(mbegalle@marshallip.com)

MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Local Counsel for Defendants,
PILOT AUTOMOTIVE, INC. and WANG'S INTERNATIONAL, INC.

Of Counsel:

James C. Weseman
Law Offices of James C. Weseman, APLC
410 West A Street, Suite 1600
San Diego, CA 92101-7906
Telephone: (619) 531-0950
Facsimile: (619) 531-0999
jweseman@pacbell.net