UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> PILOT AUTOMOTIVE, INC., a California Corporation <br><br> and <br><br> WANG'S INTERNATIONAL, INC., a California corporation, <br><br> Defendants. | Case No. 07 C 6825 <br><br> Judge William J. Hibbler <br> Magistrate Maria Valdez |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that at 9:30 a.m., Wednesday, the 6th day of August, 2008, counsel for Defendants shall appear before the Honorable William J. Hibbler in the courtroom usually occupied by him and present Defendants' Motion to Withdraw Grace Liu as Counsel for Defendants. A status hearing before Judge Hibbler is currently scheduled concurrently.

August 1, 2008

Respectfully submitted,

Pilot Automotive, Inc. and Wang's International, Inc.

*s/Donald W. Rupert*
Donald W. Rupert
(drupert@marshallip.com)
Michael R. Graham
(mgraham@marshallip.com)
Scott A. Sanderson
(ssanderson@marshallip.com)
Margaret L. Begalle
(mbegalle@marshallip.com

MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Local Counsel for Defendants,
PILOT AUTOMOTIVE, INC. and WANG'S
INTERNATIONAL, INC.

Of Counsel:

James C. Weseman
Law Offices of James C. Weseman, APLC
410 West A Street, Suite 1600
San Diego, CA 92101-7906
Telephone: (619) 531-0950
Facsimile: (619) 531-0999
jweseman@pacbell.net

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing DEFENDANTS' MOTION TO WITHDRAW GRACE LIU AS COUNSEL FOR DEFENDANTS was served upon the below-listed counsel of record on the 1st day of August 2008 by electronically filing the same with the United States Court for the Northern District of Illinois' ECF system pursuant to and in compliance with General Order on Electronic Case Filing:

>   Kevin W. Guynn
>   Lawrence J. Crain
>   GREER BURNS & CRAIN, LTD.
>   300 South Wacker Drive, Suite 2500
>   Chicago, IL 60606
>   (312) 360-0080

*s/Donald W. Rupert*