# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6825 | **DATE** | 8/6/2008 |
| **CASE TITLE** | TIGER ACCESSORY GROUP, LLC vs. PILOT AUTOMOTIVE, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/4/08 at 9:30 a.m.  Motion to withdraw Grace Liu as counsel for defendants is granted.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | JHC |
|---|---|---|