Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHH

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6825 | **DATE** | 9/3/2008 |
| **CASE TITLE** | TIGER ACCESSORY GROUP, LLC vs. PILOT AUTOMOTIVE, INC., et al. | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Order of Dismissal. This case is dismissed with prejudice. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|



2008 SEP -3 PM 1:51
U.S. DISTRICT COURT
FILED