# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIGER ACCESSORY GROUP, L.L.C., an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PILOT AUTOMOTIVE, INC., a California Corporation, a/k/a WANG'S INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Civil Action No.07-cv-6825<br><br>Judge William J. Hibbler<br>Magistrate Maria Valdez |

## STIPULATED ORDER OF DISMISSAL

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Tiger Accessory Group, LLC, ("TAG") and Pilot Automotive, Inc. a/k/a Wang's International Inc. ("Pilot") have entered into a Settlement Agreement and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, with the consent of TAG and Pilot, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This Action is dismissed with prejudice.

2. This Court shall not retain jurisdiction over the parties in connection with this action or the compromise and settlement thereof.

3. Each party shall bear its own costs and attorneys' fees.

| TIGER ACCESSORY GROUP, L.L.C. | PILOT AUTOMOTIVE, INC. a/k/a WANG'S INTERNATIONAL, INC. |
|---|---|
| s/ Kevin W. Guynn<br>Kevin W. Guynn (IL Bar No. 3124379)<br>Lawrence J. Crain (IL Bar No. 6185248)<br>GREER, BURNS & CRAIN, LTD.<br>300 S. Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>Telephone: (312) 360-0080<br>Facsimile: (312) 360-9315 | s/ Donald W. Rupert<br>Donald W. Rupert (IL 3122462)<br>Michael R. Graham<br>Scott Sanderson<br>Margaret L. Begalle<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (212) 588-9800<br>Facsimile: (212) 588-0780 |

Dated: AUGUST 28, 2008

ENTERED: Sept. 3, 2008

[signature]
United States District Court Judge